# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SANDOVAL,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN BITER, Warden,<br><br>　　　　　　　Respondent. | Case No. EDCV 13-1313-MWF (LAL)<br><br>**ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Final Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

　　　　Petitioner's Objections lack merit for the reasons stated in the Final Report and Recommendation.

　　　　Accordingly, pursuant to 28 U.S.C.. § 2254(d)(2)(1), IT IS ORDERED THAT:

　　　　1.　　The Final Report and Recommendation be approved and accepted;

　　　　2.　　The motion for a stay be denied;

　　　　3.　　Judgment be entered denying the Petition with prejudice (Claim One, the portion of Claim Two relating to the gang enhancement, and Claims Three through Six), except as to Petitioner's claim of insufficiency of the evidence for the conviction for street terrorism (a portion of Claim Two), which is granted; and

4. The Clerk serve copies of this Order, the Judgment, and the Denial of the Certificate of Appealability on the parties.

DATED: March 9, 2017.

_____
MICHAEL W. FITZGERALD
United States District Judge