UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR SANDOVAL,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN BITER, Warden,<br><br>　　　　　　　　Respondent. | Case No. EDCV 13-1313-MWF (LAL)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Final Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The request for a stay is DENIED;

2. The Petition is DENIED with prejudice except as to the claim of insufficiency of the evidence for the conviction for street terrorism, in violation of California Penal Code section 186.22(a);

3. The Petition is GRANTED as to the claim for insufficiency of the evidence for the conviction for street terrorism;

4. The Petitioner is DISCHARGED from all consequences for his conviction for street terrorism in Case No. FV1022536 in the San Bernardino County Superior Court;

5. The portion of his sentence in Case No. FV1022536 based on his conviction for street terrorism is VACATED; and

6. The San Bernardino County Superior Court is ORDERED to resentence Petitioner accordingly within sixty (60) days of the date of the entry of this Judgment.

DATED: March 9, 2017.

_____
MICHAEL W. FITZGERALD
United States District Judge